FILED  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  
*8:03 am, Jun 21, 2021*  
JEFFREY P. COLWELL, CLERK

UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| Jerome L. Grimes, | **SECOND AMENDED** |
| Plaintiff, | Civil Complaint No.: |
|  | **1:20-cv-2728-WJM-KMT** |
| v. | **PLAINTIFF'S MOTION TO RESTRICT** |
| 1. SSP 720 Chapman, LLC., **dba**: | **VIEWING OF *"FIRST"* SCHEDULING** |
|    PINE CREEK VILLAGE, | **ORDER, 06/18/2021, 01:30 P.M. approx.** |
| Defendant. |  |

### PLAINTIFF MOTION TO RESTRICT THE VIEWING OF *"FIRST"* PLAINTIFF'S SCHEDULING ORDER

The PLAINTIFF moves this Motion Request to Restrict the Viewing of the PLAINTIFF'S **01:00 P.M.**, **June 18, 2021**, Scheduling Order PROPOSED that was set WITH Omissions that have been corrected in the **05:00 P.M., June 18, 2021**, "SUBMISSION" via Electronic Email In Pro Se Venue.

I declare under the penalty of perjury, under the laws of the (USA) United States of America and Its Territories, that the foregoing is true and correct.

Dated:  June 18, 2021                                          JEROME L. GRIMES  
                                                                                 Jerome L. Grimes, B.A., & MBA  
                                                                                 Doctoral Graduate Student  
                                                                                 In Pro Se, Attorney for the Plaintiff